
**RECEIVED**
CHARLOTTE, N.C.

JUN : : . . . :h

**Clerk, U.** : **t. Court**
**W. Di**. . . : C.



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:96CR143-1 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **DIANA PERKINS WILLIAMS** | ) | |

Leave of Court is hereby granted for the dismissal with prejudice of the charges in the Bill

of Indictment against Diana Perkins Williams.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshall Service and the United States Attorney's Office.

SO ORDERED this the 3rd day of June, 2005.

GRAHAM C. MULLEN
UNITED STATES CHIEF DISTRICT JUDGE